# EXHIBIT 6

**EXHIBIT 6 – Claim Chart for U.S. Patent No. 9,302,709**

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| 1pre | A modular structural panel; | To the extent the preamble is limiting, in manufacturing, selling, and causing to be sold, its Step-Free Bus product, Pareto makes, uses, sells, and offers for sale a modular structural panel.<br><br>Pareto's website advertises that the Step-Free Bus utilizes "sandwich panels," and that its "Structure" includes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations |
| 1(a)(i) | A pultruded box beam having a first side and a second side forming an integrated structural frame of the modular structural panel | On information and belief, Pareto's Step-Free Bus's side panels include a pultruded box beam having a first side and a second side that form an integrated structural frame of the modular structural panel, or an equivalent structure.<br><br>Pareto's website advertises that the Step-Free Bus utilizes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Given Pareto does not own, or have rights to, a patent relating to sandwich panel structure or design, on information and belief, this statement is an admission that the Step-Free Bus is made in accordance with the patented sandwich panel structure and design disclosed and claimed in U.S. Patent No. 9,302,709 (the "'709 Patent"), which discloses utilizing pultruded box beams having a first and second side to form an integrated structural frame of the modular structural panel. *See, e.g.*, '709 Patent at 4:14–21; 5:15–18.<br><br>In addition, and in the alternative, upon information and belief, U.S. Provisional Patent Application No. US 2026/0021850, titled "Extruded Rail Joints for Sandwich Panels in a Vehicle," filed by Anjani Kumar, a member and registered agent of Pareto (the "'850 Application"), describes the design of structures incorporated in the Step-Free Bus. The '850 Application discloses that the "sandwich panels forming the sidewalls 135 . . . is typically made by gluing two sheets of skin over a core." '850 Application at [0170]. "To reduce weight, the core is commonly made from a lightweight or low-density material such as foam and/or wood." *Id.* The '850 Application goes on to describe placing "stiffeners . . . inside the core to give extra strength," such stiffeners being "typically made from a rigid material such as aluminum, steel, wood, and/or a composite material." *Id.*; *see also id.* at [0171] – [0175]. |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | The '850 Application describes the stiffeners as being "embedded" in cutouts of sandwich panels to "stiffen the . . . sandwich panel" and are designed to "provide structural support" for the sandwich panel. *Id.* at [0174] – [0175]. Dependent claim 8 of the '850 Application specifically claims a sandwich panel that has a stiffener. *Id.* at Claim 12. The "stiffeners" claimed in the '850 Application are highlighted in Figure 4, below:   FIG. 4 |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| 1(a)(ii) | The pultruded box beam being a weight-bearing beam comprised of a combination of fiberglass and thermosetting resin; | On information and belief, the pultruded box beams utilized in Pareto's Step-Free Bus's side panels are weight bearing and comprised of a combination of fiberglass and thermosetting resin, or an equivalent structure.<br><br>Pareto's website describes the Step-Free Bus's "Sandwich panels" as being capable of "support[ing] 18 passengers safely." *See* https://paretomobility.com/#Configurations.<br><br>Pareto's website further advertises that the Step-Free Bus utilizes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Given Pareto does not own, or have rights to, a patent relating to sandwich panel structure or design, on information and belief, this statement is an admission that the Step-Free Bus is made in accordance with the patented sandwich panel structure and design disclosed and claimed in the '709 Patent, which discloses utilizing pultruded box beams comprised of a combination of fiberglass and thermosetting resin that are weight-bearing. *See, e.g.*, '709 Patent at 2:4–11; 4:7–13.<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which describes placing "stiffeners . . . inside the core" of the vehicle's sandwich panels "to give extra strength." '850 Application at [0170]. The '850 Application further discloses that the "stiffeners 430 provide structural support for the roof 140 to withstand forces applied during various safety tests such as the FMVSS 220 roof crush test," which involves "applying a load equal to 1.5 times the empty vehicle weight, ensuring the assembly can endure sever compressive forces without excessive deformation." *Id.* at [0174]. The '850 Application further describes that the "stiffeners 430 can further serve as support or mounting points for subsystems such as for air conditions and roof hatches." *Id.* at [0175]. |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | To the extent that Pareto's Step-Free Bus includes box beams or "stiffeners" constructed of aluminum, or some other similar material, rather than a combination of fiberglass and thermosetting resin, this claim limitation is met under the doctrine of equivalents because box beams comprised of aluminum perform substantially the same function, in substantially the same way, to produce substantially the same result as the claimed beams. Indeed, the '709 Patent itself discloses that the pultruded box beams can be formed of any one of "aluminum, steel, wood, acrylonitrile butadiene styrene (ABS), or a like durable material." *See* '709 Patent at 8:20–23. |
| 1(b) | A first outer sheet coupled to the first side of the integrated structural frame | Pareto's Step-Free Bus's side panels include a first outer sheet coupled to the first side of the integrated structural frame, or an equivalent structure.<br><br>Pareto's website advertises that the Step-Free Bus utilizes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Given Pareto does not own, or have rights to, a patent relating to sandwich panel structure or design, on information and belief, this statement is an admission that the Step-Free Busis made in accordance with the patented sandwich panel structure and design disclosed and claimed in the '709 Patent, which discloses coupling a first outer sheet to the first side of the integrated structural frame to form the claimed modular side panel. *See, e.g.*, '709 Patent at 5:7–10.<br><br>Videos on Pareto's website further demonstrate that the Step-Free Bus has an outer sheet coupled to the first side of the integrated structural frame: |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | |    https://paretomobility.com/videos/ |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which describes coupling outer sheets to both sides of the vehicle's sidewalls. The '850 Application discloses that the claimed vehicle's sandwich panels are "typically made by gluing two sheets of skin over a core," and further notes that "stiffeners are placed inside the core to give extra strength." '850 Application at [0171]. The '850 Application further describes that "the roof sandwich panel 400 of the roof 140 is made by gluing a roof core 405 with an inner skin 410 and an outer skin 415." *Id.* at [0173]. In one example, "[a] vacuum bag process is subsequently used to glue the roof core 405, the outer skin 415, and the stiffeners 430 together into a single piece to form the roof sandwich panel." *Id.* at [0176]. "[T]he sandwich panels forming the sidewalls 135, the roof 140, and the rear panel 145 can be generally made using similar manufacturing processes." *Id.* at [0172].<br><br>As shown below in Figure 4 of the '850 Application, both the "inner skin 410" and the "outer skin 415" are coupled to the "stiffeners 430," which are incorporated within the sidewall's "core." |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 4 |
| 1(c) | A second outer sheet coupled to the second side of the integrated structural frame; and | Pareto's Step-Free Bus's side panels include a second outer sheet coupled to the second side of the integrated structural frame, or an equivalent structure.<br><br>Pareto's website advertises that the Step-Free Bus utilizes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Given Pareto does not own, or have rights to, a patent relating to sandwich panel structure or design, on information and belief, this statement is an admission that the Step-Free Bus is made in accordance with the patented sandwich panel structure and design disclosed and claimed in the '709 Patent, which discloses coupling a second outer sheet to the second side of the integrated structural frame to form the claimed modular side panel. *See, e.g.*, '709 Patent at 5:7–10. |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | Videos on Pareto's website further demonstrate that the Step-Free Bus has a second outer sheet coupled to the second side of the integrated structural frame:<br><br>https://paretomobility.com/videos/<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which describes coupling outer sheets to both sides of the vehicle's sidewalls. The '850 Application discloses that the claimed vehicle's sandwich panels are "typically made by gluing two sheets of skin over a core," and further notes that "stiffeners are placed inside the core to give extra strength." '850 Application at [0171]. The '850 Application goes on to state that "the roof sandwich panel 400 of the roof 140 is made by gluing a roof core 405 with an inner skin 410 and an outer skin 415." *Id.* at [0173]. In one example, "[a] vacuum bag process is subsequently used to glue the roof core 405, the outer skin 415, and the stiffeners 430 together into a single piece to form the roof sandwich panel." *Id.* at [0176]. "[T]he sandwich panels forming the sidewalls 135, the roof 140, and the rear panel 145 can be generally made using similar manufacturing processes." *Id.* at [0172].<br><br>As shown below in Figure 4 of the '850 Application, both the "inner skin 410" and the "outer skin 415" are coupled to the "stiffeners 430," which are incorporated within the sidewall's "core." |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 4 |
| 1(d) | A high-density foam interposed between the first outer sheet and the second outer sheet adjacent to the pultruded box beam. | On information and belief, the Pareto Step-Free Bus's sandwich panels include high-density foam interposed between the first outer sheet and the second outer sheet adjacent to the pultruded box beam, or an equivalent structure.<br><br>Pareto's website advertises that the Step-Free Bus utilizes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Given Pareto does not own, or have rights to, a patent relating to sandwich panel structure or design, on information and belief, this statement is an admission that the Step-Free Bus is made in accordance with the patented sandwich panel structure and design disclosed and claimed in the '709 Patent, which discloses utilizing a high-density foam interposed between the first outer sheet and the second outer sheet adjacent to the pultruded box beam to form the claimed modular side panel. *See, e.g.*, '709 Patent at 4:64–66. |

| # | '709 Patent Claim | Accused Product |
|---|---|---|
| | | In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which states that "to reduce weight, the core" of the claimed sandwich panels "is commonly made from a lightweight or low-density material such as **foam** and/or wood." '850 Application at [0170]. The disclosed and claimed "stiffeners 430" are "placed inside the core to give extra strength." *Id.* |