# EXHIBIT 7

**EXHIBIT 7 – Claim Chart for U.S. Patent No. 9,988,102**

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| 15pre | A modular vehicle, comprising | To the extent the preamble is limiting, in manufacturing, selling, and causing to be sold, its Step-Free Bus product, Pareto makes, uses, sells, and offers for sale a modular vehicle.<br><br>Pareto's website advertises that the Step-Free Bus utilizes "sandwich panels," and that its "Structure" includes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Utilizing sandwich panels is a key component of the inventions claimed, and disclosed, in the '102 Patent. *See*, *e.g.*, '102 Patent at 3:64–4:2 (referring to a "passenger compartment" that "is formed of two sandwich-type side panels 104 that are each coupled at or proximate to an edge of the chassis 102").<br><br>In addition, and in the alternative, upon information and belief, U.S. Provisional Patent Application No. US 2026/0021850, titled "Extruded Rail Joints for Sandwich Panels in a Vehicle," filed by Anjani Kumar, a member and registered agent of Pareto (the "'850 Application"), describes the design of the Step-Free Bus. The '850 Application describes a vehicle where the "compartment 115" is made "when the floor 130, the sidewalls 130, and the roof 140 are assembled together. *See* '850 Application at [0167]. This describes a modular vehicle. |
| 15(a)(1) | A chassis including | Pareto's Step-Free Bus includes a chassis.<br><br>Pareto's website describes the Step-Free Bus as having a chassis, and the Step-Free Bus's Chassis is clearly visible in durability testing videos posted on Pareto's website, as shown below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | **Chassis**<br>• Ram Promaster 3500 Cutaway, 3.6L V6 Pentastar Gas Engine, 24 Gallon Fuel Tank, Single 800 CCA Maintenance-Free Battery, 220 AMP Alternator, 6-Speed Automatic Transmission with Overdrive, Front Wheel Drive<br><br>https://paretomobility.com/#Configurations<br><br><br> |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>https://paretomobility.com/videos/<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which describes "a vehicle system 100" that "includes a vehicle 105 with a chassis 110[.]" *See* '850 Application at [0164]. |
| 15(a)(i) | a first channel that extends along a first edge of the chassis and a second channel that extends along a second edge of the chassis | On information and belief, Pareto's Step-Free Bus's chassis includes a first channel that extends along a first edge of the chassis and a second channel that extends along a second edge of the chassis.<br><br>Upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which describes a chassis that includes a "guide channel 1623 that is defined between the floor system 500 and a tongue 1625 of the chassis 110" on both sides of the chassis, *see* '850 Application at [0199], as shown in Figure 16 below: |

| # | ‘102 Patent Claim | Accused Product |
|---|---|---|
| | |  <br>FIG. 16 |
| 15(a)(ii) | The chassis including a protruding structure. | On information and belief, the Step-Free Bus’s chassis includes a protruding structure.<br><br>Pareto advertises that the Step-Free Bus utilizes a RAM Promaster 3500 Cutaway chassis: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | **Chassis**<br>• Ram Promaster 3500 Cutaway, 3.6L V6 Pentastar Gas Engine, 24 Gallon Fuel Tank, Single 800 CCA Maintenance-Free Battery, 220 AMP Alternator, 6-Speed Automatic Transmission with Overdrive, Front Wheel Drive<br><br>https://paretomobility.com/#Configurations<br><br>Publicly available video of the Ram Promaster 3500 Cutaway chassis appears to show that the chassis includes a protruding structure, as shown below:<br><br><br>https://www.youtube.com/watch?v=QSN8qKtJH4s |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application. Although not explicitly disclosed in the '850 Application, Figure 1 of the '850 Application appears to show that the "chassis 110" includes a protruding structure, as shown below:   FIG. 1 |
| 15(b) | A driver compartment having a receiver structure, the driver compartment | On information and belief, Pareto's Step-Free Bus's driver compartment has a receiver structure and is coupled to the vehicle's chassis using the protruding structure of the chassis and the receiving structure of the driver compartment. |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | coupled to the chassis using the protruding structure of the chassis and the receiving structure of the driver compartment; | Images available on Pareto's website appear to show that the Step-Free Bus's driver compartment is coupled to the chassis, as shown below:   https://paretomobility.com/#Configurations Video of the Step-Free Bus undergoing testing available on Pareto's website further appears to show that the Step-Free Bus's driver compartment is coupled to the chassis: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>https://paretomobility.com/videos/<br><br>Further, Pareto advertises that the Step-Free Bus utilizes a RAM Promaster 3500 Cutaway chassis.<br><br>**Chassis**<br><br>• Ram Promaster 3500 Cutaway, 3.6L V6 Pentastar Gas Engine, 24 Gallon Fuel Tank, Single 800 CCA Maintenance-Free Battery, 220 AMP Alternator, 6-Speed Automatic Transmission with Overdrive, Front Wheel Drive<br><br>https://paretomobility.com/#Configurations<br><br>Publicly available video of the Ram Promaster 3500 Cutaway chassis appears to show that the driver compartment is coupled to the chassis utilizing protruding structures of the chassis and receiving structures of the driver compartment, as shown below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | |  https://www.youtube.com/watch?v=QSN8qKtJH4s <br><br> In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application. Although not explicitly disclosed in the '850 Application, Figure 1 of the '850 Application appears to show a protruding structure of the "chassis 110" coupled to a receiving structure of the "vehicle 105," as shown below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 1 |
| 15(c) | A passenger compartment coupled to the driver compartment and the chassis, the passenger compartment comprising: | On information and belief, Pareto's Step-Free Bus's passenger compartment is coupled to both the driver compartment and the chassis.<br><br>Images of the Step-Free Bus taken from Pareto's website appear to show that the Step-Free Bus's passenger compartment is coupled to the driver compartment: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | |   0 Interior steps or slopes<br><br>https://paretomobility.com/#Configurations |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | Video of the Step-Free Bus undergoing testing available on Pareto's website further appears to show that the Step-Free Bus's passenger compartment is coupled to both the driver compartment and the chassis:<br><br>https://paretomobility.com/videos/<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which discloses a "vehicle 105 with a chassis 110 and a compartment 115, such as in the form of a cargo area or passenger compartment" that is "mounted to the chassis 110 of the vehicle 105." *See* '850 Application at [0164]. Further, although not explicitly disclosed in the '850 Application, both Figures 1 and 2 of the '850 Application appear to show the "compartment 115" coupled to the "vehicle 105," as shown below: |

<table>
<tr><th>#</th><th>‘102 Patent Claim</th><th>Accused Product</th></tr>
<tr><td></td><td></td><td>

FIG. 1</td></tr>
</table>

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 2 |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| 15(c)(i) | A first side panel having at least one pultruded beam coupled to the first channel | On information and belief, Pareto's Step-Free Bus includes a first side panel having at least one pultruded beam coupled to the first channel of the chassis, or an equivalent structure.<br><br>Video of the Step-Free Bus undergoing testing available on Pareto's website appears to show that the vehicle's side panels are coupled to channels on both sides of the vehicle's chassis:<br><br><br> |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | |    https://paretomobility.com/videos/ |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which discloses that "[w]hen secured, the sidewall 135 is secured between the retention lip 1610 and the adhesion wall 1615" of the "floor rail 310," which is then "inserted into a guide channel 1623 that is defined between the floor system 500 and a tongue 1625 of the chassis 110 that generally extends in a vertical direction," '850 Application at [0198] – [0199], as shown in Figure 16, below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 16<br><br>Further, Pareto's website advertises that the Step-Free Bus utilizes a "Patented Sandwich panel + Al Extrusion box structure." *See* https://paretomobility.com/#Configurations. Given Pareto does not own, or have rights to, a patent relating to sandwich panel structure |

| # | ‘102 Patent Claim | Accused Product |
|---|---|---|
| | | or design, on information and belief, this statement is an admission that the Step-Free Bus is made in accordance with the patented sandwich panel structure and design disclosed and claimed in U.S. Patent No. 9,302,709 (the “’709 Patent”), which discloses utilizing pultruded box beams to form an integrated structural frame of a modular structural panel. *See, e.g.*, ’709 Patent at 4:14–21; 5:15–18.<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the ’850 Application, which discloses utilizing “stiffeners 430” within sandwich panels to give the panels extra strength. *See* ’850 Application [0171] – [0175]. The ’850 Application describes the stiffeners as being “embedded” in cutouts of sandwich panels to “stiffen the . . . sandwich panel” and are designed to “provide structural support” for the sandwich panel. *Id.* at [0174] – [0175]. “The stiffeners 430 are made of a rigid material such as metal and/or a fiber reinforced material.” *Id.* Dependent claim 8 of the ’850 Application specifically claims a sandwich panel that has a stiffener. *Id.* at 12. The “stiffeners” claimed in the ’850 Application are highlighted in Figure 4, below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 4<br><br>To the extent Pareto's Step-Free Bus includes box beams or "stiffeners" constructed of aluminum, or some other similar material, rather than a combination of fiberglass and thermosetting resin manufactured through a pultrusion process, this claim limitation is met under the doctrine of equivalents because box beams comprised of aluminum perform substantially the same function, in substantially the same way, to produce substantially the same result as the claimed pultruded beams. Indeed, the '102 Patent itself discloses that the claimed pultruded box beams can be formed of "aluminum, steel, |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | wood, acrylonitrile butadiene styrene (ABS), or a like durable material, for example." *See* '102 Patent at 12:13–15. |
| 15(c)(ii) | A second side panel coupled to the second channel. | Pareto's Step-Free Bus includes a second side panel coupled to the second channel of the chassis.<br><br>Video of the Step-Free Bus undergoing testing available on Pareto's website appears to show that the vehicle's side panels are coupled to channels on both sides of the vehicle's chassis:<br><br> |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | |    https://paretomobility.com/videos/ |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which discloses that "[w]hen secured, the sidewall 135 is secured between the retention lip 1610 and the adhesion wall 1615" of the "floor rail 310," which is then "inserted into a guide channel 1623 that is defined between the floor system 500 and a tongue 1625 of the chassis 110 that generally extends in a vertical direction," '850 Application at [0198] – [0199], as shown in Figure 16, below:   FIG. 16 |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| 15(c)(iii)-(iv) | A first joiner coupled to the first side panel distal from the first channel; a second joiner coupled to the second side panel distal from the second channel; | Pareto's Step-Free Bus includes a first joiner coupled to the first side panel and a second joiner coupled to the second side panel that are distal from the first and second channel in the vehicle's chassis.<br><br>Video of the Step-Free Bus undergoing testing available on Pareto's website appears to show joiners, located at the top of the vehicle's passenger compartment, that are coupled to the vehicle's side panels and are distal from the vehicle's chassis:<br><br> |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>https://paretomobility.com/videos/<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the ’850 Application, which describes utilizing a “roof rail 305 that extends longitudinally between the sidewall 135 and the roof 140,” that “has a sidewall connecter 1035 that connects to the sidewall 135 and a roof connector 1040 that connects to the roof.” ’850 Application at [0189].<br><br>The ’850 Application describes that the “sidewall connector 1035 defines a sidewall channel 1050 that receives an edge of the sidewall 135,” and “[a]t the sidewall connector 1035, the roof rail 305 has a retention flange 1205 and an adhesion flange 1210 that |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | define the sidewall channel 1050," *see id.* at [0190] – [0192], that couple to the outer and inner surfaces of the side panel, respectively, as shown in Figure 12, below:   FIG. 12 <br><br> Further, Figure 10 of the '850 Application shows an additional method by which the "adhesion flange 1210" and the "retention flange 1205," although not explicitly labeled, may be coupled to the inner and outer surface of the sidewall, respectively: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 10 |
| 15(c)(v) | A roof panel including a first portion and a second portion, the first portion being coupled to the first joiner and the second portion being coupled to the second joiner. | Pareto's Step-Free Bus includes a roof panel that has a first and second portion, the first portion being coupled to the first joiner and the second portion being coupled to the second joiner.<br><br>Video of the Step-Free Bus undergoing testing available on Pareto's website appears to show that the vehicle's roof is coupled to the vehicle's sidewalls on both sides by utilizing joiners: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | |  |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>https://paretomobility.com/videos/<br><br>In addition, and in the alternative, upon information and belief, the Step-Free Bus is made in accordance with the structures disclosed in the '850 Application, which describes utilizing a "roof rail 305 that extends longitudinally between the sidewall 135 and the roof 140," that "has a sidewall connecter 1035 that connects to the sidewall 135 and a roof connector 1040 that connects to the roof." '850 Application at [0189]. "The roof connector 1040 at the roof recess 1055 of the roof rail 305 has a base 1320 on which the roof 140 rests and is adhered to the roof rail 305," *see id.* at [0195], as shown in Figure 13 below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 13<br>Further, the '850 Application discloses that the roof panel is divided into a first portion and a second portion by virtue of a "tunnel 420 that runs from the front to the back of the vehicle 105 in a continuous longitudinal manner," *see id.* at [0174], as shown in Figure 4, below: |

| # | '102 Patent Claim | Accused Product |
|---|---|---|
| | | <br>FIG. 4 |